# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1775
_____

Michael Dale Simpson,

*Plaintiff - Appellant,*

v.

FCC Forrest City Low, Medical Department; B. Wooten, Registered Nurse, FCC
Forrest City Low; M. Wingo, Physician Assistant, FCC Forrest City Low; Charles
Miller, Unit Counselor, FCC Forrest City Low,

*Defendants - Appellees.*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena
_____

Submitted: November 26, 2015
Filed: December 21, 2015
[Unpublished]
_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Federal inmate Michael Simpson brought this pro se action under *Bivens v. Six
Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), asserting
medical deliberate-indifference claims, among other claims.  Simpson appeals after

the district court[1] denied his motion for a preliminary injunction, concluded that all of his claims failed as a matter of law, granted defendants' motion to dismiss or for summary judgment, and entered judgment dismissing the case with prejudice. Also pending are Simpson's motions to "change the style of the case," and for reconsideration of an order entered by the clerk's office.

Upon careful review, we first conclude that the district court did not abuse its discretion in denying Simpson's motion for a preliminary injunction. *See Dataphase Sys. Inc. v. C.L. Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (en banc). We further conclude that the district court appropriately disposed of Simpson's claims, because, among other reasons, the record established beyond genuine dispute that defendants were not deliberately indifferent to Simpson's serious medical needs. *See Allard v. Baldwin*, 779 F.3d 768, 771-72 (8th Cir. 2015).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. In addition, Simpson's pending motions are denied.

_____

---

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.